IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
TERRY W. GIBSON,                     :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :    CIVIL ACTION 02-0792-M
                                     :
JO ANNE B. BARNHART,                 :
Commissioner of                      :
Social Security,                     :
                                     :
     Defendant.                      :
```

JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Motion for Authorization of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that Plaintiff's attorney, Gilbert B. Laden, be and is hereby **AWARDED** a fee of $15,718.40 for his services before the Court.

DONE this 30th day of September, 2005.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE